IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEPH A. PAVICH AND MARIE DOYLE**                                      **PLAINTIFFS**

**VERSUS**                                            **CIVIL ACTION NO.1:09cv80 HSO-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                                  **DEFENDANT**

### STIPULATION OF DISMISSAL

COME NOW the Plaintiffs, JOSEPH A. DOYLE and DON DOYLE, As Co-Executors of the Estate of Joseph A. Pavich, and MARIE DOYLE, and John B. Scofield, Jr., on behalf of Caddell and Chapman, counsel for the Plaintiffs, and counsel for Defendant, State Farm Fire and Casualty Company, and after agreement file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the F.R.C.P., and would show this action should be dismissed fully and finally with prejudice as to the Plaintiffs as signified by counsel who have appeared in this action for the parties, with each party to bear their own costs.

SO STIPULATED, this, the 12th day of January, 2010.

/s/Don W. Doyle
DON W. DOYLE, Co-Executor

/s/Joseph A. Doyle
JOSEPH A. DOYLE, Co-Executor

/s/ Marie Doyle
MARIE DOYLE

/s/ John B. Scofield, Jr.
JOHN B. SCOFIELD, JR. of Caddell and Chapman,
Counsel for Plaintiffs

/s/ James H. Heidelberg
JAMES H. HEIDELBERG
Counsel for Defendant, State Farm
Fire & Casualty Company